# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

JOHNNY REININGER, JR.,

      Plaintiff,

v.

STATE OF OKLAHOMA, *et al.,*

      Defendants.

**Case No.: 16-cv-1241-SLP**

## SATISFACTION OF JUDGMENT

Defendants have fully satisfied the judgment entered in this case [Doc. 93], including the attorney fees and costs awarded in the Court's order of August 9, 2019 [Doc. 107].

Respectfully submitted,

| | |
|---|---|
| /s Devan A. Pederson | /s Michael Stein |
| **DEVAN A. PEDERSON, OBA#16576** | (Signed by Filing Attorney with permission of Attorney) |
| **DESIREE D. SINGER, OBA#33053** | **MICHAEL STEVEN STEIN** |
| Assistant Attorney General | **MARY VARGAS** |
| Oklahoma Attorney General's Office | Stein & Vargas, LLP |
| 313 NE 21st Street | 10 G. Street NE, Ste. 600 |
| Oklahoma City, OK   73105 | Washington, DC 20002 |
| Telephone:   (405) 521-3921 | Email: michael.stein@steinvargas.com |
| Facsimile:    (405) 521-4518 | Email: mary.vargas@steinvargas.com |
| Email: devan.pederson@oag.ok.gov | *Attorney for Plaintiff* |
| Email: desiree.singer@oag.ok.gov | |
| *Attorney for Defendants State of Oklahoma, Oklahoma House of Representatives and Oklahoma Speaker of the House* | |

| | |
|---|---|
| s/Brian Wilkerson | s/ Marc Charmatz |
| **JOY J. TURNER** | **MARC CHARMATZ** |
| **BRIAN WILKERSON** | (Signed by Filing Attorney with |
| (Signed by Filing Attorney with | permission of Attorney) |
| permission of Attorney) | NATIONAL ASSOC. OF THE DEAF |
| OKLAHOMA DISABILITY LAW | LAW ADVOCACY CENTER |
| CENTER, INC. | 8630 Fenton St., Ste. 8920 |
| 2915 Classen Blvd., Ste. 300 | Silver Spring, MD 20910 |
| Oklahoma City, OK 73106 | Email: marc.charmatz@nad.org |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal to the following persons who are ECF registrants:

Michael Steven Stein
Mary Vargas
Stein & Vargas, LLP
10 G. Street NE, Ste. 600
Washington, DC 20002
Email: michael.stein@steinvargas.com
Email: mary.vargas@steinvargas.com
*Attorney for Plaintiff*

Sam R. Fulkerson
Justin P. Grose
OGLETREE DEAKINS NASH
   SMOAK & STEWART, PC
101 Park Ave. Bldg.
101 Park Ave., Ste. 1300
Oklahoma City, OK 73102
Email: sam.fulkerson@ogletree.com
Email: justin.grose@ogletree.com
*Attorneys for Defendants Oklahoma State Senate and Mike Schulz*

Marc Charmatz
NATIONAL ASSOC. OF THE DEAF
   LAW ADVOCACY CENTER
8630 Fenton St., Ste. 8920
Silver Spring, MD 20910
Email: marc.charmatz@nad.org
*Attorney for Plaintiff*

James M. Paul
OGLETREE DEAKINS NASH
   SMOAK & STEWART, PC
7700 Bonhomme Ave., Ste. 650
Clayton, MO 63105
Email: james.paul@ogletreedeakins.com
*Attorneys for Defendants Oklahoma State Senate and Mike Schulz*

Joy J. Turner
Brian Wilkerson
OKLAHOMA DISABILITY LAW CENTER, INC.
2915 Classen Blvd., Ste. 300
Oklahoma City, OK 73106
*Attorney for Plaintiff*

Melissa K. Sublett
OKLAHOMA DISABILITY LAW CENTER, INC.
2828 E. 51st St.
302 Interim Plaza
Tulsa, OK 74105
*Attorney for Plaintiff*

       s/ Devan A. Pederson
      Devan A. Pederson